# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____ Alexandria _____ **Division**

In re    Arlene Hamdan

Case No. _20-11605_____

Debtor(s)                                    Chapter   _7_____

**TO:**    Tirhas M. Melton, 1219 Towlston Road, Great Falls, VA 22066

Davis and Jones LLC, 314 Main Street, Suite 300, Fort Worth, TX 76102

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

**✘**   adding you as a creditor,
___ deleting you as a creditor,
___ correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[If amendment is adding creditor(s)]**   NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Arlene Hamdan

Date: _9/30/2020_____

By _/s/Robert S. Brandt_____
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 46196
Address:  600 Cameron Street #306
Alexandria, VA 22314

Telephone No.:  703.342.7330

## CERTIFICATION

I certify that on _____ September 30, 2020 _____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/Robert S. Brandt_____
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]