# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ **Division**

In re   Arlene Hamdan

Case No. 20-11605

Debtor(s)

Chapter 7

**TO:**   Tirhas M. Melton, 1219 Towlston Road, Great Falls, VA 22066

Davis and Jones LLC, 314 Main Street, Suite 300, Fort Worth, TX 76102

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

- **X** adding you as a creditor,
- ___ deleting you as a creditor,
- ___ correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[*If amendment is adding creditor(s)*]**   NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

Arlene Hamdan

Date: 9/30/2020

By /s/Robert S. Brandt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 46196
Address: 600 Cameron Street #306
Alexandria, VA 22314

Telephone No.: 703.342.7330

## CERTIFICATION

I certify that on _____September 30, 2020_____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/Robert S. Brandt
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]